# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAUREEN OLSON

VERSUS

LOUISIANA PATIENT'S
COMPENSATION FUND OVERSIGHT
BOARD

NO.   2021 CW 1507

**MARCH 14, 2022**

---

In Re:    Louisiana Patient's Compensation Fund Oversight Board,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 652,921.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.** This court requires a copy of the
transcript from the September 28, 2021 hearing and a copy of all
evidence admitted at that hearing in connection with the
exception of res judicata.

Supplementation of this writ application will not be
considered. See Uniform Rules of Louisiana Courts of Appeal,
Rules 2-18.7 and 4-9.

In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation,
including the missing item described above, and must comply with
Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal.
Any new application must be filed on or before April 13, 2022
any must contain a copy of this ruling.

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT